

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00295-CR

Brian Dale **NIXON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 16-04-11937-CR
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the memorandum opinion, concurring opinion, and judgment issued by this court on August 27, 2025 are WITHDRAWN. The judgment of the trial court is AFFIRMED.

SIGNED September 17, 2025.

_____
Irene Rios, Justice